UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DIRECTV, INC.,

                        Plaintiff,

    -against-

ANDREW CATANIA,

                        Defendant.
-------------------------------------------------------------X

JUDGMENT
03-CV- 4586 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 28 2006 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on February 16, 2006, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated April 8, 2005; and directing the Clerk of Court to enter judgment awarding plaintiff $10,000.00 in damages and $850.00 in attorneys fees and costs, for a total damages award of $10,850.00; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted in its entirety; and that judgment is hereby entered in favor of plaintiff, Directv, Inc., *California corporation,* and against defendant, Andrew Catania, awarding plaintiff $10,000.00 in damages and $850.00 in attorneys fees and costs, for a total damages award of $10,850.00.

Dated: Brooklyn, New York
        February 23, 2006

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court